IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00333-AP
_____

JESSICA N. BAYSINGER,
        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,
        Defendant.
_____

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES
_____

1.     APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| Michael A. Desaulniers, Esq. | John F. Walsh |
| 402 W. 12th Street | United States Attorney |
| Pueblo, Colorado 81003 | |
| 719-543-8636 | Kevin T. Traskos |
| seckarlaw@mindspring.com | Civil Chief |
| | Assistant United States Attorney |
| | District of Colorado |
| | |
| | William G. Pharo |
| | Assistant United States Attorney |
| | District of Colorado |
| | |
| | Stephanie Lynn F. Kiley |
| | Special Assistant United States Attorney |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1001 Seventeenth Street, |
| | Denver, Colorado 80202 |
| | (303) 844-0815 |
| | Stephanie.kiley@ssa.gov |

2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3.     DATES OF FILING OF RELEVANT PLEADINGS

| | | |
|---|---|---|
| A. | Date Complaint was filed: | February 8, 2011 |
| B. | Date Complaint was served on U.S. Attorney's Office: | March 21, 2011 |
| C. | Date Answer and Administrative Record were filed: | May 20, 2011 |

4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

5.     STATEMENT REGARDING ADDITIONAL EVIDENCE

Neither party intends to submit additional evidence.

6.     STATEMENT REGARDING WHETHER THIS CASES RAISES UNUSUAL CLAIMS OR DEFENSES

The parties, to the best of their knowledge, do not believe the cases raises unusual claims or defenses.

7.     OTHER MATTERS

The parties have no other matters to bring to the attention of the Court.

8.     PROPOSED BRIEFING SCHEDULE

The parties respectfully request the following briefing schedule:

| | | |
|---|---|---|
| A. | Plaintiff's opening brief due | July 12, 2011 |
| B. | Defendant's response brief due | August 11, 2011 |
| C. | Plaintiff's reply brief (if any) due | August 26, 2011 |

9.     STATEMENTS REGARDING ORAL ARGUMENT

A.     Plaintiff does not request oral argument.
B.     Defendant does not request oral argument.

10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

      All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11.    OTHER MATTERS

      THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C. COLO.L.CivR. 7.1(C) BY SUBMITTING PRROF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON ALL ATTORNEYS OF RECORD AND ALL *PRO SE* PARTIES.

12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

      The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 1st day of June, 2011.

                                      BY THE COURT:

                                      s/John L. Kane
                                      SENIOR U.S. DISTRICT JUDGE

APPROVED:

| | |
|---|---|
| s/Michael A. Desaulniers<br>Michael A. Desaulniers, Esq.<br>402 W. 12th Street<br>Pueblo, Colorado 81003<br>719-543-8636 | JOHN F. WALSH<br>United States Attorney<br><br>KEVIN T. TRASKOS<br>Civil Chief<br>Assistant United States Attorney<br>District of Colorado<br><br>WILLIAM G. PHARO<br>Assistant United States Attorney<br><br>s/Stephanie Lynn F. Kiley<br>Stephanie Lynn F. Kiley<br>Special Assistant United States Attorney<br>Office of the General Counsel<br>Social Security Administration<br>1001 Seventeenth Street<br>Denver, Colorado 80202<br>(303) 844-0815<br>Stephanie.kiley@ssa.gov |