IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  11-cv-00333-WYD

JESSICA N. BAYSINGER,

     Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

     Defendant.

---

**ORDER**

---

THIS MATTER is before the Court in connection with the parties' Stipulation for Attorney Fees filed June 21, 2012.  The Stipulation states that Defendant agrees to pay Plaintiff $5,438.00 in attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ["EAJA"].  It further states that this amount represents reasonable compensation for all legal services rendered on behalf of Plaintiff in accordance with the EAJA.  Having reviewed the Stipulation and being fully advised in the premises, it is

ORDERED that the Stipulation for Attorney Fees (ECF No. 20) is **APPROVED**.  Plaintiff is awarded $5,438.00 in attorney fees under the EAJA.  The fees shall be paid by Defendant to Plaintiff, and payment will be delivered to Plaintiff's attorney at 402 W. 12th Street, Pueblo, Colorado 81003-2815.

Dated July 10, 2012

            BY THE COURT:

            s/ Wiley Y. Daniel
            Wiley Y. Daniel
            Chief United States District Judge